FILED

11/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0551

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA-23-0551

IN THE MATTER OF:

D.Y.H.-J. and R.J.,

    Youths in Need of Care.

## ORDER

    Upon consideration of Appellant's Motion for Extension of Time, and good cause appearing therefore, the Appellant is granted an extension to January 11, 2023, to prepare, file and serve his Opening Brief.

    No further extensions will be granted.

ORDER - GRANT EXTENSION OF TIME

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 7 2023